**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| ANGELA C. LANDON, | ) | |
| | ) | |
| Debtors. | ) | Case No. 10-32733 |

## MOTION TO DIRECT DEBTOR TO TURNOVER PROPERTY TO TRUSTEE

COMES NOW, Dana S. Frazier, Trustee in the above-captioned case, and for her Motion to Direct Debtor to Turnover Property to Trustee, states as follows:

1. Dana S. Frazier, is the duly and acting trustee in this case.

2. The Debtor provided a copy of her filed 2010 Missouri State income tax return. The Trustee determined the Bankruptcy Estate was entitled to $242.45.

3. The Trustee requested the turnover of the income tax refund by written letters dated June 23, 2011, August 3, 2011, August 31, 2011 and September 21, 2011.

4. To date, the Debtor has made no payment and is currently due and owing $242.45.

WHEREFORE, the Trustee prays that this Court enter its order directing the Debtor to turnover to the Trustee within 10 days the amount owed as to her 2010 Missouri State income tax refund in the amount of $242.45. The Trustee also requests judgment to enter in the amount of $242.45 if Debtor fails to make said payment in 10 days.

    Respectfully Submitted

    /s/ Dana S. Frazier
    Dana S. Frazier, 06242921
    Chapter 7 Trustee

Frazier Law Office LLC
P.O. Box 159
Murphysboro, IL  62966
Tel:   618-687-5707
Fax:   618-687-5710

## CERTIFICATE OF SERVICE

   I, the undersigned, do hereby certify that I served a copy of the **Motion to Direct Debtor to Turnover Property to Trustee** by U.S. Mail or Electronic Mail to:

Angela C. Landon
33 Potomac Dr.
Fairview Heights, IL 62208

U.S. Trustee

Dated:  October 11, 2011

                 /s/ Dana S. Frazier
                 Dana S. Frazier, #06242921
                 Chapter 7 Trustee
                 P.O. Box 159
                 Murphysboro, IL  62966
                 Phone:  (618) 687-5707
                 Fax:(618) 687-5710